United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Howard Cohan, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Amfoods Florida LLC, dba Kentucky Fried Chicken, and also known as Amfoods LLC, Defendant. | ) Civil Action No. 20-62613-Civ-Scola |

## Order Granting Joint Motion for Approval of Settlement and for Dismissal

The parties have jointly moved for approval of their settlement agreement and dismissal. (ECF No. 13.) The Court approves the settlement agreement based on its review of the agreement and the parties' averments that it is fair, adequate, reasonable, and not the product of collusion between any of the parties. The Court therefore **grants** the parties' joint motion (**ECF No. 13**) and **dismisses** this case **with prejudice**.

The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida on May 13, 2021.

Robert N. Scola, Jr.
United States District Judge